RECEIVED SEP 12 2007 U.S.D.C. S.D.N.Y. CASHIERS

JUDGE DANIELS

07 CIV 8029

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

PEARSON EDUCATION, INC.,
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING INC., AND
THE MCGRAW-HILL COMPANIES, INC.,

    Plaintiffs,

 -against-       07 Civ.

JOHN DOE D/B/A EDISON THOMAS
D/B/A EDISONEE D/B/A BOOK
COLLECTOR AND JOHN DOES NOS. 1-5,

    Defendants.

- - - - - - - - - - - - - - - - - x

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for John Wiley & Sons, Inc. (a private, non-governmental party) certifies that no publicly-held corporation owns more than 10% of the stock of the said party.

DATE: 9/11/07

*William Dunnegan*
SIGNATURE OF ATTORNEY