UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

PEARSON EDUCATION, INC.,                  :
JOHN WILEY & SONS, INC.,
CENGAGE INC., AND                         :
THE MCGRAW-HILL COMPANIES, INC.,
                                          :
                        Plaintiffs,
                                          :
          -against-                            07 Civ. 8029(GBD)
                                          :
JOHN DOE D/B/A EDISON THOMAS
D/B/A EDISONEE D/B/A BOOK                  :
COLLECTOR AND JOHN DOES NOS. 1-5,
                                          :
                        Defendants.
                                          :
- - - - - - - - - - - - - - - - - x

PLAINTIFFS' EX PARTE APPLICATION FOR AN
ORDER ALLOWING SERVICE ON DEFENDANT JOHN DOE
D/B/A EDISON THOMAS D/B/A EDISONEE D/B/A BOOK
COLLECTOR BY E-MAIL AND AUTHORIZING THE ISSUANCE
OF A SUBPOENA TO DETERMINE THE IDENTITIES AND
LOCATIONS OF DEFENDANTS

Plaintiffs hereby move pursuant to Rules 4(e)(1) and 26(d) of the Federal Rules of Civil Procedure for an order (i) allowing service by e-mail of the summons and complaint on defendant John Doe d/b/a Edison Thomas d/b/a Edisonee d/b/a Book Collector, and (ii) authorizing plaintiffs to serve a subpoena on PayPal, Inc. to determine the identities and locations of defendants, which are presently unknown to plaintiffs.

The basis for this application is set forth in the accompanying declaration of William Dunnegan, sworn to September 24, 2007.

A proposed order is annexed.

Dated: New York, New York
       September 24, 2007

                          DUNNEGAN LLC

                          By _William Dunnegan_
                             William Dunnegan (WD9316)
                             Megan L. Martin (MM4396)
                          Attorneys for Plaintiffs
                             Pearson Education, Inc.,
                             John Wiley & Sons, Inc.,
                             Cengage Learning Inc. and
                             The McGraw-Hill Companies, Inc.
                          350 Fifth Avenue
                          New York, New York 10118
                          (212) 332-8300