```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

PEARSON EDUCATION, INC.,            :
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING INC., AND          :
THE MCGRAW-HILL COMPANIES, INC.,
                                    :
              Plaintiffs,
                                    :
     -against-                            07 Civ. 8029(GBD)
                                    :
JOHN DOE D/B/A EDISON THOMAS
D/B/A EDISONEE D/B/A BOOK           :
COLLECTOR AND JOHN DOES NOS. 1-5,
                                    :
              Defendants.
                                    :
- - - - - - - - - - - - - - - - - -x
```

ORDER ALLOWING SERVICE BY E-MAIL AND SERVICE
OF A SUBPOENA TO ASCERTAIN THE IDENTITY
AND LOCATION OF DEFENDANTS

Upon the application of plaintiffs Pearson Education, Inc., John Wiley & Sons, Inc., Cengage Learning Inc., and The McGraw-Hill Companies, Inc., as set forth in the annexed declaration of William Dunnegan, dated September 24, 2007, for an order (i) pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure allowing service by e-mail of the summons and complaint on defendant John Doe d/b/a Edison Thomas d/b/a Edisonee d/b/a Book Collector in this action, and (ii) pursuant to Rule 26(d) of the Federal Rules of Civil Procedure allowing service of a subpoena on PayPal, Inc. to ascertain the true identities

and locations of defendants John Doe d/b/a Edison Thomas d/b/a Edisonee d/b/a Book Collector and John Doe Nos. 1-5, and good cause for that relief appearing, it is hereby

ORDERED, pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, that plaintiffs may serve the summons and complaint in this action upon defendant John Doe d/b/a Edison Thomas d/b/a Edisonee d/b/a Book Collector by e-mailing a copy of each, along with a copy of this order, in .pdf format to the e-mail address edisonee@gmail.com; and it is further

ORDERED that service shall be deemed complete upon the filing of a declaration with the Clerk of the Court affirming that the e-mail has been sent in conformity with this order; and it is further

ORDERED, pursuant to Rule 26(d) of the Federal Rules of Civil Procedure, that plaintiffs may serve a subpoena on PayPal, Inc. to identify and locate defendants John Doe d/b/a Edison Thomas d/b/a Edisonee d/b/a Book Collector and John Does Nos. 1-5 in this action.

Dated: New York, New York
       September __, 2007

_____
U.S.D.J.