USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/2/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

JOHN WILEY & SONS, INC.,          :

              Plaintiff,          :

         -against-                :          05 Civ. 2319 (JES)

ABDEL GHANI D/B/A                 :
"BUBBLESOLUTIONS",                :

              Defendant.          :

- - - - - - - - - - - - - - - - x

### ORDER ALLOWING SERVICE BY E-MAIL

Upon the application of plaintiff John Wiley &
Sons, Inc., as set forth in the annexed declaration of
William Dunnegan, dated March 15, 2005, for an order
pursuant to Rule 4(e)(1) of the Federal Rules of Civil
Procedure allowing service by e-mail of the summons and
complaint on defendant in this action, and good cause for
that relief appearing, it is hereby

ORDERED, pursuant to Rule 4(e)(1) of the Federal
Rules of Civil Procedure, that plaintiff may serve the summons
and complaint in this action upon defendant by e-mailing a
copy of each, along with a copy of this order, in .pdf format
to the e-mail address "bubble_solutions@yahoo.com" and it is
further

ORDERED that service shall be deemed complete upon the filing of a declaration with the Clerk of the Court affirming that the e-mail has been sent in conformity with this order.

Dated:   New York, New York
         March 16, 2005

                                   _____
                                        U.S.D.J.