DUNNEGAN LLC
ATTORNEYS AT LAW
350 FIFTH AVENUE
NEW YORK, NEW YORK 10118

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 0 4 2007

212-332-8300
212-332-8301 TELECOPIER

December 3, 2007

**SO ORDERED**

*[signature]*

HON. GEORGE B. DANIELS
DEC 0 4 2007

By Hand

Hon. George B. Daniels
United States District Judge
Daniel Patrick Moynihan
 United States Courthouse
500 Pearl Street
New York, New York 10007

　　Re: <u>Pearson Education v. John Doe d/b/a Edison Thomas</u>
　　　　　　07 Civ. 8029 (GBD)

Dear Judge Daniels:

　　We are the attorneys for plaintiff in the above action.

　　We are writing to request that the conference scheduled for December 6, 2007 be adjourned because the defendant, a person doing business over the Internet whose identity is currently unknown, has not yet been served.

　　On September 27, we filed an <u>ex parte</u> motion to allow electronic service. We enclose a courtesy copy of the motion, which according to the docket sheet has not yet been decided.

　　　　　　　　　　　Respectfully yours,

　　　　　　　　　　　*[signature]*
　　　　　　　　　　　William Dunnegan