AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 12/4/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Laura Scilepa | Associate |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): e-mailed pdf version to edisonee@gmail.com. e-mail was returned as undeliverable.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/4/07
             Date

Signature of Server

Dunnegan LLC
350 Fifth Avenue
New York, New York 10118
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## Laura Scileppi

**Follow up**

Attachments can contain viruses that may harm your computer. Attachments may not display correctly.

| | | | |
|---|---|---|---|
| **From:** | System Administrator | **Sent:** | Tue 12/4/2007 10:29 PM |
| **To:** | Laura Scileppi | | |
| **Subject:** | Undeliverable: Notice of Lawsuit - Pearson Education, Inc. et al, v. John Doe d/b/a Edison Thomas | | |

**Attachments:** Notice of Lawsuit - Pearson Education, Inc. et al, v. John Doe d/b/a Edison Thomas(1MB)

Your message did not reach some or all of the intended recipients.

Subject: Notice of Lawsuit - Pearson Education, Inc. et al, v. John Doe d/b/a Edison Thomas
Sent:    12/4/2007 10:26 PM

The following recipient(s) could not be reached:

   edisonee@gmail.com on 12/4/2007 10:29 PM
    The e-mail account does not exist at the organization this message was sent to. Check the e-mail address, or contact the recipient directly to find out the correct address.
     <Outbound01.Mi8.com #5.1.1 smtp;550 5.1.1 No such user v76si81856nzh>

> ⚠ Attachments can contain viruses that may harm your computer. Attachments may not display correctly.

**Laura Scileppi**

| | | | |
|---|---|---|---|
| **From:** | Laura Scileppi | **Sent:** | Tue 12/4/2007 10:26 PM |
| **To:** | edisonee@gmail.com | | |
| **Cc:** | William Dunnegan | | |
| **Subject:** | Notice of Lawsuit - Pearson Education, Inc. et al, v. John Doe d/b/a Edison Thomas | | |

**Attachments:** 📄 07cv8029 Complaint.pdf(445KB)  📄 07cv8029 Summons.pdf(64KB)  📄 07cv8029 Judge Rules and E-filing.pdf (1MB)  📄 eservice order.pdf(26KB)

Dear John Doe d/b/a Edison Thomas d/b/a Edisonee d/b/a Book Collector,

We are attorneys for plaintiffs in the action Pearson Education, Inc., et al, v. John Doe d/b/a Edison Thomas, 07 Civ 8029 (SDNY) (GBD). Please read the attached .pdf versions of the Complaint, Summons, Order Allowing Service by E-mail, and Judge Rules.

Very Truly Yours,

Laura Scileppi

(Admission Pending)
Dunnegan LLC
350 Fifth Avenue
New York, New York 10118
212-332-8300