```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 1 8 2008
```

SO ORDERED

*George B Daniels*

**HON. GEORGE B. DANIELS**

MAR 1 8 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

PEARSON EDUCATION, INC.,
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING INC., AND
THE MCGRAW-HILL COMPANIES, INC.,

          Plaintiffs,

   -against-

JOHN DOE D/B/A EDISON THOMAS
D/B/A EDISONEE D/B/A BOOK
COLLECTOR AND JOHN DOES NOS. 1-5,

          Defendants.
- - - - - - - - - - - - - - - - - -x

07 Civ. 8029 (GBD)

### NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiffs hereby dismiss the above action without prejudice and without costs.

Dated: New York, New York
      March 14, 2008

                           DUNNEGAN LLC

                           By *William Dunnegan*
                             William Dunnegan (WD9316)
                             Megan L. Martin (MM4396)
                           Attorneys for Plaintiffs
                            Pearson Education, Inc.,
                            John Wiley & Sons, Inc.
                            Cengage Learning Inc. and
                            The McGraw-Hill Companies, Inc.
                            350 Fifth Avenue
                            New York, New York 10118
                            (212) 332-8300